# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GREGORY LYNN CATES |
| **Case Number:** | 2:08-BK-02192-RTB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 20, 2009 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matters:

1) TRIAL IN RE: DEBTOR'S MOTION FOR SANCTIONS AGAINST WELLS FARGO
   **R / M #:**   60 / 0

2) FINAL HEARING ON OBJECTION BY DEBTOR TO NOTICE OF DEFAULT RE: MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK & DEBTOR'S MOTION FOR SANCTIONS
   **R / M #:**   60 / 0

## Appearances:

JAMES OLSEN, ATTORNEY FOR GREGORY LYNN CATES
LEONARD McDONALD, ATTY WELLS FARGO

## Proceedings:

Mr. McDonald informs the court that the parties have agreed to a 90 day continuance. He reviews the current posture of this matter.

COURT: IT IS ORDERED setting these matters for as a status hearing on 12/1/09 @ 1:30 p.m.